IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Casey Knox | * | |
| *On behalf of herself and others similarly situated* | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:17-cv-01853-JMC |
| Hooper's Crab House, Inc., et al | * | |
| | * | |
| Defendants | | |

## **ORDER**

For the reasons stated in the accompanying Memorandum of Law:

1. Plaintiffs' Motion (ECF No. 159) is GRANTED in part;

2. Plaintiffs are to submit a revised bill reflecting the Court's comments and incorporating the specific reductions set forth in the accompanying Memorandum within fourteen (14) days; and

3. Plaintiffs' request for post-judgment relief is DENIED at this time, however will begin to run fifteen (15) days after Plaintiffs submit their revised petition if it remains unpaid.


Date: November 18, 2019                _____/s/_____
                                       J. Mark Coulson
                                       United States Magistrate Judge