IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

Casey Knox, et al.                     *

    Plaintiffs                   *

v.                                     *     Case No. 1:17-cv-01853-JMC

Hooper's Crab House, Inc., et al       *

    Defendants                   *

------------------------

ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

AND NOW, this __27__ day of __November__, 2019 upon consideration of Plaintiffs' Motion for Attorneys' Fees and Costs; Defendants' Opposition; Plaintiffs' Reply thereto; and Plaintiffs' Revised Billing records (ECF No. 172) – as well as Defendants' lack of objection thereto; it is hereby ORDERED:

1. Plaintiffs' Motion for Attorneys' Fees and Costs is GRANTED;

2. Plaintiffs shall recover fees from the Defendants, jointly and severally, in the amount of $387,660.16, broken down as follows:

    (a) Hoffman Employment LLC, shall be compensated in the total amount of $286,073.50, representing legal fees for time incurred by the following lawyers/law clerk: (1) Howard B. Hoffman; (2) Jordan S. Liew; (3) Gregory B. Herbers; and (4) Timothy J. McGarry.

    (b) Bradford W. Warbasse shall be compensated for a total amount of $27,760.00

    (c) James E. Rubin shall be compensated for a total amount of $52,348.50.

3. An additional amount, representing the repayment of costs incurred by Plaintiffs' counsel shall be awarded in the amount of $21,478.16;

4. The Defendants shall pay the aforementioned amounts by December 10, 2019, and post-judgment interest will begin to run thereafter to the extent the amounts remain unpaid.

**SO ORDERED.**

_____
Hon. J. Mark Coulson
U.S. Magistrate Judge